SINGER / BEA LLP
  Adam Cashman (Bar No. 255063)
  acashman@singerbea.com
  Doug Tilley (Bar No. 289421)
  dtilley@singerbea.com
601 Montgomery Street, Suite 1950
San Francisco, California  94111
Telephone:      (415) 500-6080
Facsimile:       (415) 500-6080
*Attorneys for Intuitive Surgical, Inc.*

DRINKER BIDDLE & REATH LLP
  Michael J. Stortz (Bar No. 139386)
  michael.stortz@dbr.com
  Matthew J. Adler (Bar No. 273147)
  matthew.adler@dbr.com
50 Fremont Street, 20th Floor
San Francisco, California  94105
Telephone:      (415) 591-7500
Facsimile:       (415) 591-7510
*Attorneys for Ethicon US, LLC*

UNITED STATES DISTRICT COURT FOR THE

NORTHERN COUNTY OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTUITIVE SURGICAL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ETHICON US, LLC, a Texas limited liability company,<br><br>Defendant. | CASE NO. 5:16-CV-04794-NC<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** ; ORDER |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

Plaintiff Intuitive Surgical, Inc. and Defendant Ethicon US, LLC (collectively, the "Parties") have resolved this action by mutual agreement. In view of the foregoing, the Parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 77-2(c), that the complaint be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

Date: October 19, 2016        Respectfully submitted,

SINGER / BEA LLP

By: /s/ Adam S. Cashman
   Adam S. Cashman
   Doug Tilley
   *Attorneys for Plaintiff Intuitive Surgical, Inc.*

DRINKER BIDDLE & REATH LLP

By: /s/ Michael J. Stortz
   Michael J. Stortz
   Matthew J. Adler
   *Attorneys for Defendant Ethicon US, LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: October 19, 2016        _____
                               HON. NATHANAEL COUSINS
                               UNITED STATES MAGISTRATE JUDGE



**ATTESTATION**

I, Adam Cashman, am the ECF user whose ECF credentials will be used to file this Stipulation. Under Civil Local Rule 5-1(i)(3), I hereby attest that Michael Stortz, lead counsel for Defendant Ethicon US LLC, has concurred in the filing of this Stipulation.

/s/ Adam S. Cashman
Adam S. Cashman